IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case. 01-1055-CV-W-DW ) |
| GREGORY CHOLLET, ET AL., | ) ) ) |
| Defendants. | ) |

ORDER

Pending before the Court is the United States' Motion to Lift Stay and Voluntarily Dismiss Case (Doc. 27). As part of a "global settlement" of all pending matters against the defendants, the United States has agreed to voluntarily dismiss this civil case against defendant Chollet and defendant Springer. The United States moves the court to dismiss this case with prejudice, with each side to bear its own costs.

For good cause shown, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 41.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: <u>September 15, 2005</u>